CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA HASSAN,

Plaintiff,

CIVIL NO: 03-CV-71791-DT

v.

BOYSVILLE OF MICHIGAN, INC.,

Defendant.

FILED '03 AUG 19 P4:49 U.S. DIST. COURT CLERK EAST. DIST. MICH. DETROIT

ORDER OF DISMISSAL

This matter was scheduled before this court for a status conference on August 18, 2003 with counsel and the parties. An agreement was reached between the parties to dismiss this case. Therefore,

IT IS ORDERED that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of the plaintiff to move within sixty (60) days, to vacate this order if settlement is not consummated. After sixty days, this dismissal is with prejudice.

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: AUG 19 2003

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON 8/19, 20 03

DEPUTY COURT CLERK

8